## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| CHANNING LAMONTE SCOTT,     ) | |
|     Plaintiff,     ) | |
|          ) | |
| v.     ) | CAUSE NO.: 2:23-CV-53-TLS-JEM |
|          ) | |
| WENDY DAVIS,     ) | |
|     Defendant.     ) | |

## ORDER

Channing Lamonte Scott, a prisoner without a lawyer, filed this case in the Hammond Division raising claims based on events which occurred in Fort Wayne, Indiana, which is located within the geographical boundaries of the Fort Wayne Division. Under N.D. Ind. L.R. 3-1(b), when "the court determines a case is filed in a division without proper venue, the court may . . . transfer the case by issuing an order directing the clerk to reopen the case in a proper division."

For these reasons, the Court **DIRECTS** the Clerk to close this case and open a new case with these filings in the Fort Wayne Division.

SO ORDERED this 14th day of February, 2023.

                                                  s/ John E. Martin
                                                  MAGISTRATE JUDGE JOHN E. MARTIN
                                                  UNITED STATES DISTRICT COURT

cc:    All counsel of record
        Plaintiff, *pro se*